# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BLUDGEON RIFFOLA LTD., <br><br> Plaintiff, <br><br> v. <br><br> AK001 STORE, <br><br> Defendant. | Case No. 21-cv-00938 <br><br> Hon. Steven C. Seeger |

## FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff Bludgeon Riffola Ltd. ("Plaintiff" or "Bludgeon Riffola") against Defendant AK001 STORE ("Defendant"), which offers to sell and does sell counterfeit Def Leppard products through its e-commerce store operating on the third-party platform Aliexpress.com, and Bludgeon Riffola having moved for entry of Default and Default Judgment against Defendant;

This Court having entered, upon a showing by Bludgeon Riffola, a temporary restraining order and preliminary injunction against Defendant which included an asset restraining order;

Bludgeon Riffola having properly completed service of process on Defendant, the combination of providing notice via electronic publication and e-mail, along with any notice that Defendant received from payment processors, being notice reasonably calculated under all circumstances to apprise Defendant of the pendency of the action and affording it the opportunity to answer and present its objections; and

Defendant having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that, without adversarial presentation, it has personal jurisdiction over Defendant since Defendant directly targets its business activities toward consumers in the United States, including Illinois. Specifically, Defendant has targeted sales to Illinois residents by setting up and operating an e-commerce store that offers shipping to the United States, including Illinois, accepts payment in U.S. dollars, and has sold products using infringing and counterfeit versions of the DEF LEPPARD Trademarks to residents of Illinois. A list of the DEF LEPPARD Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| 2,380,436 | DEF LEPPARD | For: musical sound recordings; and pre-recorded phonograph records, compact discs, audio cassettes, and videotapes, all featuring music in class 009. |
| 2,340,115 | DEF LEPPARD | For: entertainment services in the nature of live musical performances in class 041. |
| 3,167,116 | DEF LEPPARD | For: posters, tour books, song books, sheet music, unmounted photographs, printed music books in class 016. |
| 3,147,174 | DEF LEPPARD | For: clothing, namely, t-shirts, sweatshirts, long sleeve t-shirts, baby doll shirts and tank tops in class 025. |
| 3,069,812 | DEF LEPPARD (stylized logo) | For: clothing, namely, t-shirts, sweatshirts, long sleeve t-shirts, baby doll shirts, and tank tops in class 025. |

| 3,069,813 | DEF LEPPARD | For: entertainment services in the nature of live musical performances; and entertainment services, namely providing prerecorded music, information in the field of music, licensed merchandise, and commentary and articles about music, all online via the internet in class 041. |
|---|---|---|
| 3,000,420 | DEF LEPPARD | For: posters, tour books, song books, sheet music, unmounted photographs, printed music books in class 016. |
| 3,000,421 | DEF LEPPARD | For: musical sound recordings; pre-recorded phonograph records, compact discs, audio cassettes, videotapes, and DVDs, all featuring music in class 009. |

THIS COURT FURTHER FINDS that Defendant is liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Bludgeon Riffola's Motion for Entry of Default and Default Judgment is GRANTED as provided in this Final Judgment, that Defendant is deemed in default, and that this Final Judgment is entered against Defendant.

IT IS FURTHER ORDERED that pursuant to 15 U.S.C. § 1117(c)(2), Bludgeon Riffola is awarded statutory damages from Defendant in the amount of ten thousand dollars ($10,000) for willful use of counterfeit DEF LEPPARD Trademarks on products sold through at least Defendant's e-commerce store AK001 STORE.

The ten thousand dollar ($10,000) surety bond posted by Bludgeon Riffola is hereby released to Bludgeon Riffola or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Bludgeon Riffola or its counsel.

This is a Final Judgment.

Date: May 26, 2021

Steven C. Seeger
United States District Judge